UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORDAN KUSHNER,

    Plaintiff,

v.

NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____/

Case No. 17-cv-10072

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
R. STEVEN WHALEN

## ORDER GRANTING STIPULATED MOTION FOR REMAND [14]

Pending before the Court is a Stipulated Motion for Remand Under Sentence Six of 42 U.S.C. § 405(g). The sixth sentence in § 405(g) states:

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security…

42 U.S.C.A. § 405(g). "[A] missing or incomplete file may constitute good cause to remand the claim to the Commissioner to produce the record." *Gonzales v. Comm'r of Soc. Sec.*, No. 08-14547, 2009 WL 3562621, at *1 (E.D. Mich. Oct. 28, 2009) (Cox, J.) (citing H.R.Rep. No. 96–944, 96th Cong., 2d Sess. 59 (1980)).

In this case, the Commissioner cannot locate the Plaintiff's claim file. Accordingly, the Court finds good cause and hereby GRANTS the Stipulated Motion for Remand [14]. This action is hereby REMANDED to Commissioner of Social Security pursuant to the sixth sentence of § 405(g) to diligently search for and locate the Plaintiff's claims file.

**SO ORDERED**.

Dated: June 19, 2017　　　　　　　　　　　/s/Gershwin A Drain  
Detroit, MI　　　　　　　　　　　　　　　HON. GERSHWIN A. DRAIN  
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 19, 2017, by electronic and/or ordinary mail.

　　　　　　　　　　　　/s/Tanya Bankston  
　　　　　　　　　Case Manager, (313) 234-5213